PEOPLE'S BANK OF NEW YORK v. CITIZENS' NATIONAL BANK OF RALEIGH, et al.

*Banks—Collections—Restricted Endorsements.*

[For Syllabus see *National Citizens' Bank of New York* v. *Citizens' National Bank of Raleigh, ante.*]

CIVIL ACTION, tried before *Starbuck, J.*, at January Term, 1896, of NEW HANOVER Superior Court. The facts appear in the opinion. From a judgment for the plaintiff the defendants appealed.

Mr. *Iredell Meares*, for plaintiff.

Messrs. *Battle & Mordecai*, for defendants (appellants).

MONTGOMERY, J.: Upon examination of the record in this case we find th· t the only difference between it and that of the *National Citizens' Bank of New York* v. *Citizens' National Bank of Raleigh*, reported at this Term, is that in the latter the check for the proceeds of which the action was brought was drawn on a bank in Raleigh other than the defendant bank, while in this action the check was drawn on the defendant bank itself. For the reasons stated in *National Citizens' Bank of New York* v. *Citizens' National·Bank of Raleigh, supra*, we are of the opinion that in the rendering of the judgment by his Honor in favor of the plaintiff in this action, there is no error.

                        No Error.